# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**GAYLE BENTLEY**                                                                              **PLAINTIFF**

VS.                                       No. 3:21-cv-00196 PSH

**KILOLO KIJAKAZI, Acting Commissioner,**
   **Social Security Administration**                                                     **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is dismissed with prejudice.

IT IS SO ORDERED this 22nd day of July, 2022.

_____
UNITED STATES MAGISTRATE JUDGE